# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM A. COLEMAN, MARY A. COLEMAN**, **ALAN LEMKE,** and **KAREN LEMKE**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**SENTRY INSURANCE A MUTUAL COMPANY**,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 3:15-cv-01411-SMY-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs William A. Coleman, Mary A. Coleman, Alan Lemke, and Karen Lemke, by counsel, under Rule 23 of the Federal Rules of Civil Procedure, respectfully move the Court for an order: (1) certifying a Class under Federal Rules of Civil Procedure 23(a) and 23(b)(3) for purposes of settlement (the "Settlement Class"); (2) appointing Plaintiffs to represent the members of the Settlement Class; (3) appointing Cohen & Malad, LLP as Class Counsel for the Settlement Class; (4) preliminarily approving the settlement of this action, as set forth in the Amended Settlement Agreement attached as Exhibit 1 to this Motion, for purposes of issuing notice to the Settlement Class; (5) approving the timing, form, content, and manner of the giving of notice of the settlement to the Settlement Class; and (6) setting a hearing (the "Fairness Hearing") regarding the final approval of the settlement, the award to Class Counsel of attorneys' fees, and the award to the Class

Representatives of class representative fees. Plaintiffs' counsel has conferred with counsel for Defendant and this motion is unopposed.

A proposed form of order preliminary approving the proposed Settlement is being tendered with this Motion.

Dated: June 6, 2016		Respectfully submitted,

<div style="margin-left:50%">

s/Vess A. Miller
Richard E. Shevitz
Vess A. Miller
Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

Christopher A. Koester
TAYLOR LAW OFFICES, P.C.
122 East Washington Avenue
Effingham, IL 62401
Telephone: (217) 342-3925
koester@taylorlaw.net

*Counsel for Plaintiffs and the Proposed Plaintiff Class*

</div>

## **CERTIFICATE OF SERVICE**

  I certify that on June 6, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

               s/Vess A. Miller
               Vess A. Miller


COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
vmiller@cohenandmalad.com